UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20565-COOKE

**UNITED STATES OF AMERICA**

**vs.**

**SANDRA MILENA RUIZ ARANGO,**

   **Defendant.**
_____/

### UNITED STATES OF AMERICA'S MOTION FOR SENTENCE REDUCTION AS TO DEFENDANT SANDRA MILENA RUIZ ARANGO

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and states:

The United States hereby moves for a twenty percent (20%) reduction in the sentence of the defendant, Sandra Milena Ruiz Arango, pursuant to Rule 5K1.1 of the United States Sentencing Guidelines to reflect the Defendant's substantial assistance.  The Defendant has provided cooperation to U.S. authorities, the circumstances of which the undersigned Assistant U.S. Attorney can detail to the Court at the Sentencing Hearing in this matter.

Accordingly, the United States respectfully moves this Court for a twenty percent (20%) reduction in the sentence imposed on January 16, 2019.

1

WHEREFORE based on the Defendant's substantial assistance, the United States respectfully recommends that the Court sentence the Defendant to 20% below the low end of the guidelines range established by the Court at sentencing.

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By:   */s/ Jonathan K. Osborne*
      JONATHAN K. OSBORNE
      Assistant United States Attorney
      Florida Bar No. 95693
      11200 NW 20th Street
      Miami, Florida 33172
      Tel: (305) 715-7649
      Email: jonathan.osborne@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        *s/ Jonathan K. Osborne*
        Jonathan K. Osborne
        Assistant United States Attorney